UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY HICKS,<br><br>    Plaintiff,<br><br> -against-<br><br>COLLECTORS UNIVERSE, INC., JOSEPH J. ORLANDO, A.J. MOYER, BRUCE A. STEVENS, KATE W. DUCHENE, VINA M. LEITE, JON M. SULLIVAN, LORRAINE G. BARDEEN, and JENNIFER H. LEUER,<br><br>    Defendants. | Case No.: 1:20-cv-10863-LTS |

## **NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: March 17, 2021

                  **MONTEVERDE & ASSOCIATES PC**

                  */s/ Juan E. Monteverde*
                  Juan E. Monteverde (JM-8169)
                  The Empire State Building
                  350 Fifth Avenue, Suite 4405
                  New York, NY 10118
                  Tel: (212) 971-1341
                  Fax: (212) 202-7880
                  Email: jmonteverde@monteverdelaw.com

                  *Attorneys for Plaintiff*